FILED

06/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0018

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0018

_____

S.W., a minor, by and through her
Guardian, Jeffrey Ferguson,

Plaintiff and Appellee,

-vs-

State of Montana, by and through the
Montana Department of Public Health and
Human Services,

Defendant and Appellant.

_____

On Appeal for the Eighth Judicial District Court, Cascade County
Cause No. DDV 13-813(b)
Honorable Elizabeth A. Best

_____

Order Granting Appellee's Unopposed Motion for Extension of Time

_____

Pursuant to the authority granted under Rule 26(2), M.R.App.P., Appellee's

Unopposed Motion for Extension of Time is granted. Appellee has received an

extension of sixty days, through and including September 6, 2022, within which to

file Appellee's Response Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 23 2022